UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| CORNELL CALDWELL, #2220892, § | |
| § | |
| *Plaintiff*, § | |
| § | Civil Action No. 3:19-CV-02349-X-BK |
| v. § | |
| § | |
| WALMART, ET AL., § | |
| § | |
| *Defendants*. § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case.  No objections were filed.  The Court reviewed the proposed findings, conclusions and recommendation for plain error.  Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

The Court prospectively **CERTIFIES** that any appeal of this action would not be taken in good faith.[1]  In support of this certification, the Court adopts and incorporates by reference the Magistrate Judge's Findings, Conclusions, and Recommendation.[2]  Based on the Findings and Recommendation, the Court finds that any appeal of this action would present no legal point of arguable merit and would,

---

[1] *See* 28 U.S.C. § 1915(a)(3); FED. R. APP. P. 24(a)(3).

[2] *See Baugh v. Taylor*, 117 F.3d 197, 202 and n.21 (5th Cir. 1997).

1

therefore, be frivolous.³ In the event of an appeal, Plaintiff may challenge this certification by filing a separate motion to proceed *in forma pauperis* on appeal with the Clerk of the Court, U.S. Court of Appeals for the Fifth Circuit.⁴

**IT IS SO ORDERED** this 30th day of April 2020.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

---

³ *Howard v. King*, 707 F.2d 215, 220 (5th Cir. 1983). Federal Rule of Appellate Procedure 4(a) governs the time to appeal an order. A timely notice of appeal must be filed even if the court certifies an appeal as not taken in good faith.

⁴ *See Baugh*, 117 F.3d at 202; FED. R. APP. P. 24(a)(5).